The People of the State of Illinois, Respondent-Appellee, *v.* Earl Nettles, Petitioner-Appellant.

(No. 56501; ▮▮▮▮▮▮▮▮

First District—May 11, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, (Lee T. Hettinger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and George Pappas, Assistant State's Attorneys, of counsel,) for the People.